## Marston *vs.* Lawrence and Dayton.

DECLARATION indorfee vs. indorfer.
Plea in abatement, a former fuit by plaintiff
vs. defendants, to which they had put in a plea in
abatement that Francis Childs was a partner and
not named, which fuit was pending at the com-
mencement of the prefent fuit, and is fo ftill ; Re-
plication *nul tiel record,* and iffue.

*Harrifon* for plaintiff ftated the facts : That on
the 13th of December, 1799, a difcontinuance was
entered in the firft caufe after receiving the plea in
abatement therein ; that the prefent fuit was com-
menced before October Term, and the declaration
was filed December 28th ; that the plea in abate-
ment was received December 31ft ; that a *nil capi-
at per breve* in the former was filed January 13th,
1800 ; Replication now at iffue was filed January
16th.

The principal queftion he ftated to be, whether
the difcontinuance of a former fuit muft be entered
*before* new fuit commenced, or may be entered any
time before replication of *nul tiel record* filed ? He
contended that the difcontinuance being matter of
right, may be entered at any time before replication.
To this point he cited 1 Cromp. 188. Barnes 257.
1 Leon. 105. Impey's B. R. 169. 1 Sellon 304.

*Burr* for defendants infifted that a plaintiff can-
not *after plea* difcontinue without leave.

*Harrifon* faid the propofition is erroneous, for no leave is neceffary in any cafe where there is no room for the Court to impofe terms or conditions on the defendant.    And fuch is the cafe here.

*April Term*, 1800.    Lewis and Kent J. confidered the *nil capiat per breve* when entered, to have had *relation* back to 13th of December, when the difcontinuance was entered, and therefore was even before plea pleaded, and fo within the cafes in 1 *Ld. Raymond* 274. *and* 2 *Id.* 1014. The other Judges thought this not material, if the fame was entered before replication, relying upon the cafe cited from *Barnes*. All agreed that difcontinuance might be entered any time before plea pleaded in the fecond fuit, and without leave or cofts. *Barnes* 257. *Sellon* 304. *Impey's B. R.* 169. 1 *Leon.* 105. That defendant ought to verify his whole plea, *vide Com. Dig. tit. Abatement, I.* 11.    That a plea in abatement triable *by record*, requires only a judgment of *refpondeas oufter*, which is the cafe if tried by certificate or infpection, *Vide* Com. Dig. *ante*, I. 14.

*Per tot. Cur.* Judgment of *refpondeas oufter*.